**AO 435 (Rev. 04/18)**

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Lisa Ruben Rubin | 2. PHONE NUMBER: 917-608-2038 |
| 4. DELIVERY ADDRESS OR EMAIL: lisa.rubin@nbcuni.com | 3. DATE: 10/12/2021 |
| | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER: 3:21-mj-138 | 9. JUDGE: Trumble |
| | DATES OF PROCEEDINGS |
| | 10. FROM 10/12/2021 | 11. TO |
| 12. CASE NAME: US v. Toebbe, Jonathan / US v. Toebbe, Diana | LOCATION OF PROCEEDINGS |
| | 13. CITY: Martinsburg | 14. STATE: WV |

15. ORDER FOR:
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED

OTHER (Specify): Initial Hearing — 10-12-2021

17. ORDER

| CATEGORY | ORIGINAL | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | | | |
| 14-Day | ☐ | ☐ | | | |
| EXPEDITED | ☐ | ☐ | | | |
| 3-Day | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☒ | ☐ | | 14 | 38.25 101.50 |
| REALTIME | ☐ | ☐ | | | |

ESTIMATE TOTAL: 38.25 101.50

18. SIGNATURE
19. DATE: 10/12/2021

TRANSCRIPT TO BE PREPARED BY: Kate Slayden

COURT ADDRESS: 217 W. King Street, Rm. 214, Martinsburg, WV 25401

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | | |
| TRANSCRIPT ORDERED | 10/12/2021 | LR | TOTAL CHARGES | 38.25 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 38.25 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 10-12-21 | KS | TOTAL DUE | 38.25 101.50 |

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY