IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

CRIMINAL CASE NO: 3:21CR49
(GROH)

**JONATHAN TOEBBE ,**

Defendant.

## DEFENDANT'S WAIVER OF DETENTION HEARING

I, Defendant Jonathan Toebbe, have consulted with my attorney and have been advised by the Court of my right to a detention hearing. Fully understanding, I hereby waive my right to a detention hearing in this matter.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

10/20/21
_____
DATE